CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:09-CR-00289 DS |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| RULON SOMMERVILLE | | JUDGE DAVID SAM |
| | : | |
| Defendant. | : | |
| | : | |

---

The United States of America, through the undersigned, pursuant to DUCrimR

16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides

notice of the following disclosures to counsel for the defendant:

1. CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2. AUDIO CD Labeled Supplemental Discovery 2, bates numbered

SUPP_000146

3. CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

1

4.  AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th  day of February, 2010.

CARLIE CHRISTENSEN
Acting United States Attorney


/s/ *Richard D. McKelvie*

Richard D. McKelvie

Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that

a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by

FEDEX to counsel listed below, this <u>26th</u> day of February 2010.


**Henri R. Sisneros**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY , UT 84101




*/s/ Kristine Osmond*
United States Attorney's Office