## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Honorable David Sam

COURT REPORTER: None
COURTROOM DEPUTY: None
INTERPRETER: N/A

DATE: July 8, 2010

CASE NO. 2:09cr00289 DS

USA v. Sommervilles

Approved By: _DJ 7/8/10_

### APPEARANCE OF COUNSEL

Pla
Dft        Henri Sisneros

MATTER SET:

DOCKET ENTRY:

Inasmuch as no Reply has been filed as contemplated by the Court's previously entered briefing schedule, Court initiated telephone conference with defense counsel regarding counsel's intention to file reply memorandum regarding Defendant's pending Motion for Jury Instruction or, as Alternatives, to Dismiss the Indictment or Declare Statue Unconstitutional (Doc. #41 & #44). Counsel states that a Reply, if any will be filed by next week. Court extends time to file Reply until July 16, 2010.